[No. 24189-7-II.    Division Two.    April 28, 2000.]

RICHARD ALLEN KONG, *Respondent*, v. JOSEPH GREGORY
MENGIS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-2-10795-1, John Arthur McCarthy, J.,
entered December 3, 1998. *Affirmed* by unpublished
opinion per Armstrong, C.J., concurred in by Houghton
and Bridgewater, JJ.

[No. 24277-0-II.    Division Two.    April 28, 2000.]

JACKSON MUTUAL LIFE INSURANCE COMPANY, *Appellant*, v.
DAVID E. PETERSEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark
County, No. 97-2-04753-0, Robert L. Harris, J., entered
December 28, 1998. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Armstrong, C.J., and Hunt,
J.

[No. 24309-1-II.    Division Two.    April 28, 2000.]

CAROLE BAILEY, *Appellant*, v. STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-2-02930-0, Karen L. Strombom, J., entered
January 8, 1999. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Hunt, A.C.J., and Morgan,
J.

[No. 24312-1-II.    Division Two.    April 28, 2000.]

DAMON MITTEN, *Appellant*, v. RODNEY L. JACQUES, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-2-11765-3, Frederick W. Fleming, J., entered
January 8, 1999. *Reversed* by unpublished opinion per
Hunt, J., concurred in by Armstrong, C.J., and Morgan, J.